IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:95cr75-03**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **WILLIE JAMES McNEAL.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) [Doc. 707], filed March 14, 2008.

The Probation Office has completed a Supplement to the Presentence Report Pursuant to Crack Cocaine Guideline Amendment [Doc. 708, filed April 4, 2008]; however, the Government has not yet responded to the Defendant's motion, and it appears that such response (if the Government intends to file one) is past due.

**IT IS, THEREFORE, ORDERED** that the Government shall file its response, if any, to the Defendant's Motion on or before April 14, 2008.

Martin Reidinger
United States District Judge

Signed: April 10, 2008